No. 02–5487. SHEPARD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–6141. SCOGGINS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–6235. JOHNSON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 02–6296. RANKINS v. CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6422. ROGERS v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6435. HYATT v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02–6603. RIOS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–6698. HUGHES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–6725. PAGTALUNAN v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7006. PIMPTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–7654. SANCHEZ-SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7813. ARAUJO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7868. HERNANDEZ ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7916. YATES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–7936. KURDYUKOV v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7937. MARINICH v. PEOPLES GAS LIGHT & COKE CO. C. A. 7th Cir. Certiorari denied.